| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
| --- | --- | --- | --- |
| 1. | **Debtor's name** | **Edgewater Construction Group, Inc.** | |

| | |
| --- | --- |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names |

| | |
| --- | --- |
| 3. | **Debtor's federal Employer Identification Number** (EIN) |

65-0897462

| | |
| --- | --- |
| 4. | **Debtor's address** |

| **Principal place of business** | **Mailing address, if different from principal place of business** |
| --- | --- |
| **6962 SW 47th Street**<br>**#6962**<br>**Miami, FL 33155**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Miami-Dade**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | |
| --- | --- |
| 5. | **Debtor's website** (URL) |

| | |
| --- | --- |
| 6. | **Type of debtor** |

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

3/22/23 5:20PM

| Debtor | Edgewater Construction Group, Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_2361_

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

Debtor    **Edgewater Construction Group, Inc.**                                     Case number (*if known*) _____
_____
Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | _____ | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11.** **Why is the case filed in *this district*?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

███ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Edgewater Construction Group, Inc.**
_____    Case number (*if known*) _____
Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million       ☐ More than $50 billion

3/22/23  5:20PM

Debtor    **Edgewater Construction Group, Inc.**                                   Case number (*if known*) _____
_____Name_____

| | **Request for Relief, Declaration, and Signatures** |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 22, 2023**
_____MM / DD / YYYY

**X** **/s/ Ulysses Vazquez, II**                          **Ulysses Vazquez, II**
_____Signature of authorized representative of debtor_____    _____Printed name_____

Title    **President**
_____

**18. Signature of attorney**

**X** **/s/ Jacqueline Calderin, Esq.**                   Date **March 22, 2023**
_____Signature of attorney for debtor_____                 _____MM / DD / YYYY

**Jacqueline Calderin, Esq. 134414**
Printed name

**Agentis PLLC**
Firm name

**55 Alhambra Plaza, Suite 800**
**Miami, FL 33134**
Number, Street, City, State & ZIP Code

Contact phone    **305-722-2002**    Email address    **jc@agentislaw.com**

**134414 FL**
Bar number and State

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 5

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

*In re:*

**EDGEWATER CONSTRUCTION GROUP, INC.,**          **Case No.: 23-xxxxx-xxx**

___**Debtor.**_____ /          **Chapter 11**
                                                 **SubChapter V**

**NOTES AND STATEMENTS OF LIMITATIONS**
**<u>REGARDING INITIAL CREDITOR MATRIX</u>**

1.      On March 22, 2023, the Debtor commenced this case by filing a voluntary petition for relief under chapter 11, subchapter V of the Bankruptcy Code (the "<u>Petition Date</u>"). The Debtor is operating its business and managing its affairs as debtor-in-possession pursuant to section 1107(a) and 1108 of the Bankruptcy Code.

2.      No trustee, examiner, or statutory committee has been appointed in these case.

3.      The Debtor provides general contractor services and has been in business since February 1999.  On or around January 2017, the Debtor expanded its services to provide stucco and drywall work on a subcontractor basis to general contractors.

4.      In connection with the filing of this case, the Debtor prepared a creditor matrix and list of top 20 creditors based on known claim amounts (the "<u>Initial Filing Documents</u>").

5.      In preparing the Initial Filing Documents, the Debtor relied on financial data derived from its books and records that was available at the time of such preparation. The Debtor has made reasonable and good faith efforts to ensure the accuracy and completeness of such information, but further research or discovery may identify subsequent information that may necessitate material amendments thereto.

**55 Alhambra Plaza · Suite 800 · Coral Gables, Florida 33134 · T. 305.722.2002 · www.agentislaw.com**

6.      Dulce Vazquez, the vice-president and controller of the Debtor, prepared the Initial Filing Documents and in doing so, Ms. Vazquez necessarily relied upon the efforts, statements and representations of the Debtor's other personnel and professionals.  Ms. Vazquez has not personally verified the accuracy of each individual statement and representation, including, for example, those concerning amounts owed to individual creditors, classification of such amounts and creditors' addresses, particularly because many of the claims are unliquidated as of the date of the filing of this case.  For instance, claims of subcontractors may vary from the information on the Debtor's books and records on the basis of: status of the underlying projects; contractual benchmarks; retainage amounts; as well as potential counter claims related to the foregoing.

7.      To obtain claim balances as of the Petition Date, the Debtor made certain estimates and assumptions that could affect the reported amounts of liabilities. Actual results could differ from those estimates. Moreover, due to the complexity of the Debtor's operations, the Debtor may not have properly characterized, classified, categorized, or designated certain items. The Debtor thus reserves all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Initial Filing Documents at a later time as necessary or appropriate as additional.

8.      Nothing contained in the Schedules shall constitute a waiver of any of the Debtor's rights or an admission with respect this case, including, without limitation, any issues involving claims, offsets or defenses, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant applicable laws to recover assets or avoid transfers.

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Edgewater Construction Group, Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Action Labor of Florida**<br>**624 Nottingnham Boulevard**<br>**West Palm Beach, FL 33405** | | **Various Projects** | | | | **$0.00** |
| **All Steel & Gypsum**<br>**1250 NW 23rd Avenue**<br>**Fort Lauderdale, FL 33311** | | **Various Projects** | | | | **$0.00** |
| **Alter Surety Group, Inc.**<br>**5979 NW 151 Street, Suite 202**<br>**Hialeah, FL 33014** | | **Various Projects** | | | | **$28,772.00** |
| **Atlantic Pacific Equipment**<br>**1356 Industrial Drive**<br>**Marietta, GA 30066** | | **Various Projects** | | | | **$0.00** |
| **Banesco USA**<br>**150 Alhambra Circle Suite 1000**<br>**Miami, FL 33134** | mvillar@stearnsweaver.com | **Real Property 6962 SW 47th Street, Unit# 6962 Miami, FL 33155** | | **$416,716.36** | **$0.00** | **$416,716.36** |
| **BOR Drywall, LLC**<br>**7937 Griswold Street**<br>**Lake Worth, FL 33462** | | **La Clara Project** | | | | **$0.00** |
| **Brandsafe Solutions, LLC**<br>**1325 Cobb International Drive, Suite A-1**<br>**Kennesaw, GA 30152** | | **334 St. Pete Project** | **Contingent Unliquidated Disputed** | | | **$75,725.98** |

Debtor   **Edgewater Construction Group, Inc.**                          Case number *(if known)*  _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Builders Notice Corp 708 S. Andrew Avenue Fort Lauderdale, FL 33302 | | Various Projects | | | | $50.00 |
| Coastal Construction of Central Fl., LLC c/o Michael R. Carey, Esq. Carey O'Malley et. al. PA 712 South Oregon Avenue Tampa, FL 33606 | | Pending Litigation 2023-000235-CI | Contingent Unliquidated Disputed | | | $0.00 |
| Eastern Engineering Group, Co. 3401 NW 82 Avenue, Suite 370 Miami, FL 33122 | | Various Projects | Disputed | | | $4,750.00 |
| Florida Heavy Iron 4023 2nd Lane Delray Beach, FL 33445 | | Various Projects | | | | $1,160.49 |
| Foam Factory 1631 S. Dixie Highway Bldg. B Pompano Beach, FL 33060 | | Various Projects | | | | $0.00 |
| Foundation Building Materials, Inc. 2520 Redhill Avenue Santa Ana, CA 92705 | | Various Projects | | | | $437.94 |
| GATOR GYPSUM, INC., d/b/a Olympia | | 334 St. Pete Project Pending Litigation 2022-002872-CI | Contingent Unliquidated Disputed | | | $510,031.59 |
| L&W Supply Corp 300 S. Riverside Plaza, Suite 200 Chicago, IL 60606 | | 334 St. Pete Project Pending Litigation 2022-004864-CI | Contingent Unliquidated Disputed | | | $575,000.00 |
| Lightning Fast Drywall Services, LLC 17646 Palomino Lake Drive Dade City, FL 33523 | | AER Tampa Project | | | | $16,437.00 |
| MSP4, LLC | | IT Services | | | | $6,106.20 |

Debtor  **Edgewater Construction Group, Inc.**                          Case number *(if known)* _____
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **NRQ Construction Inc.** **100 N Tampa Street Suite 4000 Tampa, FL 33602** | | **334 St. Pete Project Pending Litigation 2022-004864-CI** | **Contingent Unliquidated Disputed** | | | **$7,856.76** |
| **Sunbelt Rentals, Inc.** **3701 NW 120th Avenue Pompano Beach, FL 33065** | | **Various Projects** | **Disputed** | | | **$23,873.56** |
| **Superior Drywall Builders, LLC** **770 W 56 Street Hialeah, FL 33012** | | **Various Projects** | **Disputed** | | | **$402,728.69** |

ACC Business


Action Labor of Florida
624 Nottingnham Boulevard
West Palm Beach, FL 33405


Alexander E. Barthet, Esq.
The Barthet Firm
200 S. Biscayne Blvd. Suite 1650
Miami, FL 33131


All Steel & Gypsum
1250 NW 23rd Avenue
Fort Lauderdale, FL 33311


Alter Surety Group, Inc.
5979 NW 151 Street, Suite 202
Hialeah, FL 33014


Arquitectonica International Corporation


Artesian Pool Construction, Inc.


Atlantic Pacific Equipment
1356 Industrial Drive
Marietta, GA 30066


Banesco USA
150 Alhambra Circle
Suite 1000
Miami, FL 33134


Berkshire Hathaway Specialty InsuranceCo
c/o Michael R Care, Esq.
Carey O'Malley et. al. PA
712 South Oregon Avenue
Tampa, FL 33606


Berkshire Hathaway Specialty InsuranceCo
1314 Douglas Street Suite 1400
Omaha, NE 68102

Berkshire Hathaway Specialty InsuranceCo
200 E Gaines Street
Tallahassee, FL 32399


BJS Credit Card


BOR Drywall, LLC
7937 Griswold Street
Lake Worth, FL 33462


Boulanger Drywall Corp.


Brandsafe Solutions, LLC
1325 Cobb International Drive, Suite A-1
Kennesaw, GA 30152


Builders Notice Corp
708 S. Andrew Avenue
Fort Lauderdale, FL 33302


Caribbean Fire & Associates, Inc.


Coastal Construction


Coastal Construction of Central Fl., LLC
c/o Michael R. Carey, Esq.
Carey O'Malley et. al. PA
712 South Oregon Avenue
Tampa, FL 33606


Coastal Construction of Central Florida,
5959 Blue Lagoon Drive Suite 200
Miami, FL 33126


Coastal Construction of South Florida In


Coastal Masonry, Inc.

Color Factory, Inc.


Comcast


Consultatio Bal Harbour, LLC


De Lage Landen Financial Services, Inc.
1111 Old Eagle School Road
Wayne, PA 19087


Desimone Consulting Engineers, LLC


Dulce Prats-Vazquez
6962 SW 47th Street
#6962
Miami, FL 33155


Dynamic Environmental Drilling, Inc.


Eastern Engineering Group, Co.
3401 NW 82 Avenue, Suite 370
Miami, FL 33122


Edgewater 1510, LLC
6962 SW 47th Street
#6962
Miami, FL 33155


Edgewater 461, LLC
6962 SW 47th Street
#6962
Miami, FL 33155


Edgewater 6962, LLC
6962 SW 47 Street
#6962
Miami, FL 33155

Edgewater Construction Group, LLC
6962 SW 47th Street
#6962
Miami, FL 33155


Edwards & Zuck Consulting Engineers, LLC


Environmental Drilling, Inc.


Excellence In Stone, Inc.


Florida Engineering And Development Corp


Florida Heavy Iron
4023 2nd Lane
Delray Beach, FL 33445


Foam Factory
1631 S. Dixie Highway Bldg. B
Pompano Beach, FL 33060


Foundation Building Materials, Inc.
2520 Redhill Avenue
Santa Ana, CA 92705


GATOR GYPSUM, INC., d/b/a Olympia


Georges Welding Services Inc.


Global Performance Windows, Inc.


Gomez & Son Fence Corp.

Highline Construction Services
134 Kentucky Ave Ste#516
Land O Lakes, FL 34638


IBA Consultants, Inc.


Interior Production
770 West 56 Street
Hialeah, FL 33012


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Ion Electric, LLC


JLK Caulking And Coatings Company


John Abel Corp
10500 SW 186th Street
Miami, FL 33157


John Moriarty & Assoc. of Florida, Inc.
1942 Tyler Street
Hollywood, FL 33020


KAR Mechanical Contractors, LLC


L&W Supply Corp
300 S. Riverside Plaza, Suite 200
Chicago, IL 60606


Larrabee Air Conditioning, Inc.


Liberty Mutual Insurance Company
c/o Michael R. Carey, Esq.
Carey O'Malley et. al. PA
712 South Oregon Avenue
Tampa, FL 33606

Liberty Mutual Insurance Company
175 Berkeley Street
Boston, MA 02116


Liberty Mutual Insurance Company
200 E. Gaines Street
Tallahassee, FL 32399


Lightning Fast Drywall Services, LLC
17646 Palomino Lake Drive
Dade City, FL 33523


M C Velar Construction Corp


Marjam Supply of Florida, LLC
885 Conklin Dtreet
Farmingdale, NY 11735


Miami Dade County Tax Collector
Bankruptcy Paralegal Unit
200 N.W. Second Avenue, Suite 430
Miami, FL 33128


Momentum
29361 Network Place
Chicago, IL 60673-1293


MSP4, LLC


Nagelbush Mechanical, Inc.


New Door Installation LLC


Next Door Distribution LLC


Novum Structures, LLC

NRQ Construction Inc.
100 N Tampa Street Suite 4000
Tampa, FL 33602


NV5, Inc.


Oceana Ba Harbour Condo. Assoc., Inc.
10203 Collins Avenue
Miami Beach, FL 33154


Otis Elevator Company


Pinnacle A Roofing Company


Prestige Concrete Products, Inc.


Prestige Gunite, Inc.
a/k/a Prestige Concrete Products, Inc.


Prime Industrial Group, LLC
4235 NW 37th Court
Miami, FL 33142


QBE Insurance Company
One QBE Way
Sun Prairie, WI 53596


QBE Insurance Company
200 E Gaines Street
Tallahassee, FL 32399


QBE Insurance Company
c/o Mariela M. Malfeld, Esq.
Watt Tieder Hoffar & Fitzgerald, LLP
1395 Brickell Avenue Suite 900
Miami, FL 33131

```
QBENA
55 Water Street - 20th Floor
Atten: Credit & Surety Department
New York, NY 10041


Rosen Materials
14850 SW 137th Street
Miami, FL 33196


SO Global Construction Corp.
920 W. Oak Ridge Rd, Apt 25
Orlando, FL 32809


Southern Carlson, Inc.
10840 Harney Street
Omaha, NE 68154


Sunbelt Rentals, Inc.
3701 NW 120th Avenue
Pompano Beach, FL 33065


Sunpass


Superior Drywall Builders, LLC
770 W 56 Street
Hialeah, FL 33012


Thomas Printworks
5000 SW 75th Avenue, Suite 112
Miami, FL 33155


U.S. Small Business Administration
2 North Street
Suite 320
Birmingham, AL 35203


UCC Group Inc.


UFG Insurance
118 2nd Avenue SE
Atten: Kinda Stalder - Surety Department
Cedar Rapids, IA 52401
```

United Fire & Casualty Company
118 2nd Avenue, SE
Cedar Rapids, IA 52401


United Rentals, Inc.
PO Box 100711
Atlanta, GA 30384-0711


US Attorney General
U.S. Department of Justice
Atten: Merrick B. Garland, Esq.
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001


US Attorney's Office Southern District o
Atten: Juan Antonio "Tony" Gonzalez, Esq
500 E. Broward Blvd.
Fort Lauderdale, FL 33394


US Small Business Administration
51 SW 1st Avenue, #201
Miami, FL 33130-1608


US Small Business Administration
409 3rd Street SW
Washington, DC 20416-0005


Virgil T. Batcher, Esq.
Adams and Reese, LLP
100 N Tampa Street Suite 4000
Tampa, FL 33602


VSN Engineering, Inc.


Wells Fargo Vendor Financial Srvcs LLC


WhiteCap/RAM Tool
Doral #559
1600 NW 102 Avenue
Miami, FL 33172

Z4 Commerce Center
7250 SW 39th Terrace
Miami, FL 33155